McCormick et al. *v.* Kisor, Appellee;
Holland Motor Express, Appellant.

Cole et al. *v.* General Highway Express, Appellee;
Mansfield Asphalt and Paving Company, Appellant.

Menninger et al., Appellees; Airtron, Inc., Appellant, *v.*
Harmon et al., Appellees. (Two cases.)

[Cite as McCormick *v.* Kisor (1989), 43 Ohio St. 3d 153.]

(Nos. 88-113, 88-303, 88-1126 and 88-1298—Submitted April 4, 1989—
Decided June 7, 1989.)

*Roetzel & Andress* and *Maryellen C. Spirito,* for appellee Leonard L. Kisor in case No. 88-113.

*Vorys, Sater, Seymour & Pease, Bruce L. Ingram* and *Linda A. Blair,* for appellant Holland Motor Express, Inc. in case No. 88-113.

*Porter, Wright, Morris & Arthur, Charles J. Kurtz III, Darrell R. Shepard* and *Karl J. Sutter,* urging reversal for *amici curiae,* Athens Bottling Company, Columbus Southern Power Company and Hills Stores Company in case No. 88-113.

*Millisor & Nobil* and *Roger L. Sabo,* urging reversal for *amicus curiae,* Ohio Contractors Assn. in case Nos. 88-113 and 88-303.

*Baran, Piper, Tarkowsky & Fitzgerald Co., L.P.A., Edward C. Baran* and *Gregory G. Baran,* for appellee General Highway Express in case No. 88-303.

*Sauter & Hohenberger* and *George V. Sauter,* for appellant Mansfield Asphalt & Paving Company in case No. 88-303.

*Ruppert, Bronson & Chicarelli Co., L.P.A., James D. Ruppert, Thomas G. Eagle* and *Gary Rosenhoffer,* for appellee Karl A. Menninger in case Nos. 88-1126 and 88-1298.

*Bloom & Greene Co., L.P.A., Steven M. Yeager* and *John D. McClure,* for appellee Lisa G. Bowman in case Nos. 88-1126 and 88-1298.

*Earl, Warburton, Adams & Davis* and *Ted L. Earl,* for appellant Airtron, Inc. in case Nos. 88-1126 and 88-1298.

*Rendigs, Fry, Kiely & Dennis, Carolyn A. Taggart, Bricker & Eckler* and *Randolph C. Wiseman,* for appellees Harry E. Harmon, Faye Gibson et al. in case Nos. 88-1126 and 88-1298.

The judgment of the court of appeals in each case is affirmed on authority of *Cincinnati Bell Tel. Co.* v. *Straley* (1988), 40 Ohio St. 3d 372, 533 N.E. 2d 764.

Moyer, C.J., Sweeney, Douglas, H. Brown and Resnick, JJ., concur.

Holmes and Wright, JJ., dissent.